**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

SHAHEEM WILLIS,                                        :   No. 14 EM 2020
                         :
              Petitioner         :
                         :
                         :
            v.                   :
                         :
                         :
COURT OF COMMON PLEAS       :
PHILADELPHIA COUNTY,          :
                         :
             Respondent       :

## <u>ORDER</u>

**PER CURIAM**

      **AND NOW**, this 29th day of April, 2020, the Application for Leave to File Original Process is GRANTED, and the Petition for Writ of Mandamus and/or Extraordinary Relief is DENIED.